**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 09-cv-01082-LTB-MJW

VIRGINIA LEES,

Plaintiff,

v.

UNITED AIRLINES, INC., a foreign corporation, AIRSERV CORPORATION, a foreign corporation, and JOHN DOE, an unknown individual

Defendants.
_____

**ORDER**
_____

THIS MATTER having come before the Court on the Notice of Voluntary Dismissal, Doc. No. 8, filed May 13, 2009, and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITHOUT PREJUDICE.**

BY THE COURT:

  s/Lewis T. Babcock
Lewis T. Babcock, Judge

DATED: May 14, 2009